IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAWN T. ROBEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3182 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL DEPOSIT INSURANCE | ) | MEMORANDUM AND ORDER |
| CORPORATION, as Receiver for | ) | |
| TierOne Bank, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the parties' joint statement, (filing no. 6):

IT IS ORDERED:

1) The telephonic conference set for today is cancelled;

2) If this case has not been dismissed on plaintiff's or parties' motion by January 3, 2011, the parties shall file a joint report on January 3, 2011 to advise the court regarding the current status of this case;

3) The clerk shall set a status report deadline of January 3, 2011, and shall terminate any pending scheduling packet and/or progression schedule deadlines for this case.

DATED this 3rd day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge