IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAWN T. ROBEY, | ) |
| | ) |
| Plaintiff, | )   4:10CV3182 |
| | ) |
| v. | ) |
| | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for TierOne Bank, | )   JUDGMENT OF DISMISSAL |
| | ) |
| Defendant. | ) |

Pursuant to the Plaintiff's motion (filing 40) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 12th day of March, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge