IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE REFUNDS OF FILING FEES IN | ) | |
| CASES INVOLVING THE FEDERAL | ) | ORDER |
| DEPOSIT INSURANCE CORPORATION | ) | |

    On February 17, 2012, the Clerk's Office received guidance from the Administrative Office that the Federal Deposit Insurance Corporation has a statutory exemption from federal court filing fees.  As a result of this information, the clerk's office researched all cases filed in the District of Nebraska since March 17, 2004, to determine if any refunds should be authorized as a result the information received from the Administrative Office. Four cases were identified.

    Therefore, IT IS ORDERED that the $350.00 filing fee be refunded to the law firms initiating lawsuits on behalf of the Federal Deposit Insurance Corporation in the following cases:

| | |
|---|---|
| 4:10CV3182 | Robey v. Federal Deposit Insurance Corporation |
| 8:10CV437 | Carter v. Federal Deposit Insurance Corporation |
| 8:11CV106 | Jacobs, et al. v. PT Holdings, et al. |
| 8:11CV229 | Federal Deposit Insurance Corporation v. Jacobs, et al. |

DATED 23rd day of April, 2012.

                                                BY THE COURT:

                                                s/ Laurie Smith Camp
                                                Chief United States District Judge